**IT IS ORDERED as set forth below:**



**Date: June 12, 2020**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-54405-JWC |
| | ) | |
| KAPRICE GLYNDINA JOHNSON | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

==================================================================

### CONSENT ORDER GRANTING
### DEBTOR'S MOTION TO RETAIN INSURANCE PROCEEDS

This matter arose upon Debtor's Motion to Retain Insurance Proceeds (the "Motion") (Doc.No. 41).

A hearing was held on June 2, 2020. Appearances were made by Howard P. Slomka, counsel for debtor and Julie Anania, counsel for Chapter 13 Trustee. The Motion seeks to allow Debtor to retain insurance proceeds of $3443.77 for the purchase of a new vehicle. Chapter 13 Trustee does not oppose the Motion and consents to the relief sought therein, provided that Debtor remit $369 to Trustee.

After review of the record and pleadings in this case, and for good cause shown, it is hereby

**ORDERED** that Debtor's Motion is GRANTED, and Debtor shall be entitled to the insurance proceeds, less $369.00 which shall be paid to the Trustee.

END OF ORDER

Prepared by:

  /s
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339

**CONSENT BY:**

     /s
Julie Anania
Ga Bar # 477064
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, SunTrust Garden Plaza
Atlanta, GA 30303

DISTRIBUTION LIST:

Howard Slomka, Esq.
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339


Julie Anania
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, SunTrust Garden Plaza
Atlanta, GA 30303

Kaprice Johnson
1595 San Gabriel Ave
Decatur, GA 30032