**IT IS ORDERED as set forth below:**

**Date: June 25, 2020**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| IN RE: | CASE NO. 16-54405-JWC |
|---|---|
| KAPRICE GLYNDINA JOHNSON, | CHAPTER 13 |
| Debtor. | |

## ORDER

On January 9, 2020, the Debtor filed an Application for Approval of Employment of Special Counsel (Document No. 37). The Debtor has failed to submit a consent order with the Chapter 13 Trustee in this matter, therefore

IT IS ORDERED that the application is DENIED without prejudice for want of prosecution.

END OF DOCUMENT

DISTRIBUTION LIST

**Kaprice Glyndina Johnson**
1595 San Gabriel Ave
Decatur, GA 30032

**Shawn J. Eisenberg**
**Howard P. Slomka**
Slipakoff and Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339

**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Julie Dlott
3343 Peachtree Road NE
Suite 350
Atlanta, GA 30326